able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–437. In re Disbarment of Feinberg. It is ordered that Alexander Feinberg, of Haddonfield, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–438. In re Disbarment of Guardino. It is ordered that Joseph Richard Guardino, of East Williston, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–439. In re Disbarment of Gerzof. It is ordered that Julius M. Gerzof, of Freeport, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. Texas v. New Mexico. Motion of New Mexico to remand the case to the Special Master denied. Exception of New Mexico to the Report of the Special Master overruled. Report and Recommendation of the Special Master approved. [For earlier order herein, see, e. g., 465 U. S. 1063.]

No. 82–5920. Shea v. Louisiana. Sup. Ct. La. [Certiorari granted, 466 U. S. 957.] Motion for appointment of counsel granted, and it is ordered that Frances Baker Jack, of Shreveport, La., be appointed to serve as counsel for petitioner in this case.

No. 83–727. Alexander, Governor of Tennessee, et al. v. Jennings et al. C. A. 6th Cir. [Certiorari granted, 465 U. S. 1021.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 83–990. School District of the City of Grand Rapids et al. v. Ball et al. C. A. 6th Cir. [Certiorari granted, 465 U. S. 1064.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.